Rose Cathrine Marsh and Charles H. Marsh, Respondents, v. Glenwood Gardens, Incorporated, a Domestic Corporation, Appellant.— Plaintiff-wife sues for damages for personal injuries sustained when she fell down a stairway in the hall or corridor of defendant's apartment house, where she was a tenant. Her husband sues for loss of services and expenses. Verdicts were rendered in favor of plaintiffs. Judgment of the County Court of Westchester County unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

Anthony Mauro, Respondent, v. Daniels & Kennedy, Inc., and John J. McAulliffe, Appellants, and Others, Defendants.— In an action brought to recover damages for personal injuries, order directing examination before trial of appellant John J. McAulliffe and another, in so far as appealed from, affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

Frances Rita Murphy, Respondent, v. Joseph P. Murphy, Appellant.— In an action for separation, order awarding temporary alimony of fifteen dollars per week and counsel fees of $150, affirmed, with ten dollars costs and disbursements. There should be an immediate trial of this case. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. Settle order on notice.

The People of the State of New York, Respondent, v. Charles Karczewski, Also Known as Charles Korczewski, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting defendant of the crime of assault in the third degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

R. Henry Rozanski, Appellant, v. Dom, Incorporated, Respondent.— In an action to recover damages for personal injuries sustained by plaintiff when he tripped on a board lying on the concrete floor in defendant's cellar, judgment in favor of defendant unanimously affirmed, with costs. No opinion. Appeal from order denying plaintiff's motion to set aside the verdict and for a new trial dismissed, without costs, as there is no such order in the record. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

Nathan Schlussel, an Infant, by Max Schlussel, His Guardian ad Litem, Respondent, and Max Schlussel, Plaintiff, v. Edith Kanaley and Henry Brandt, Appellants, and Another, Defendant.— Order denying motion of appellants to vacate a notice of examination before trial of appellant Henry Brandt, in so far as appealed from, affirmed, with ten dollars costs and disbursements; the examination to proceed at Special Term, Part II, Supreme Court, Kings County, on five days' notice. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.